Terry Lee Nelson # 0721873
Allred Unit
2101 Fm 369 North
Iowa Park, TX, 76367



NORTH TEXAS TX 760
DALLAS TX 750
14 APR 2015 PM 10 L

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

Legal

Court of Criminal Appeals

Po Box 12308

Austin Tx, 78711-2308

78711-230808

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

APR 1 6 2015

Abel Acosta, Clerk